was for money had and received, for $9,130.93, on an alleged cause of action claimed to have arisen out of the deposit with the defendant in 1911 of a check for $13,609.46, drawn by the Long Island Railroad Company to the order of the plaintiff (then an infant), indorsed in blank by his general guardian and delivered to one M. P. O'Connor, a depositor of defendant, and by him indorsed and deposited with the defendant, which collected the check and placed the proceeds to his credit and paid them out before the commencement of this action and before notice of any claim by plaintiff.

*Michael J. Joyce* for appellant.

*Myron T. Townsend* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

HENRY S. HOWE et al., Copartners under the Firm Name of LAWRENCE & Co., Respondents, *v.* MORRIS HAUSMAN et al., Copartners under the Firm Name of MORRIS HAUSMAN & SON, Appellants.

*Contract — action to recover for failure to accept merchandise alleged to have been purchased — defense that goods were sold at " guaranteed prices " which plaintiffs refused to accept.*

Howe v. Hausman, 210 App. Div. 846, affirmed.

(Argued June 9, 1925; decided July 15, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1924, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover damages for a claimed breach of contract arising out of the defendants' alleged failure to accept and pay for merchandise ordered from the plaintiffs. The answer put in issue every material allegation of the complaint and for a separate defense alleged that the materials described in the complaint were sold upon the agreement and as a condition thereof that the price to be paid therefor was the price

at which plaintiffs sold or agreed to sell to other customers similar goods on the date of the actual billing of said goods to the defendants; and that the defendants were at all times ready, able and willing to accept and pay for the goods described in the complaint in accordance with that agreement, but that the plaintiffs refused to deliver the goods.

*Terence J. McManus* and *Samuel Greenbaum* for appellants.

*Chandler Bennitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

HENRY J. McBRIDE, Respondent, *v.* LEWIS C. HOPKINS COMPANY, Appellant.

*Negligence — animals — action to recover for injury from bite of horse.*

McBride v. Hopkins Co., 213 App. Div. 855, affirmed.

(Submitted June 10, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in harboring a vicious horse. The complaint alleged and there was testimony to show that while plaintiff was engaged in his work on a pier in New York city he was bitten on the cheek by a horse belonging to defendant and that the same horse had previously snapped at another man on the same pier.

*Clarence S. Zipp, Joseph F. O'Brien* and *E. C. Sherwood* for appellant.

*Julian J. Raphael* and *Samuel R. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.